In re BIG O TIRES, INC.

No. 02–1080. (Serial no. 75/679,587).

United States Court of Appeals,
Federal Circuit.

Feb. 12, 2002.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

INSIGHT DEVELOPMENT
CORPORATION, Plaintiff–
Appellant,

v.

HEWLETT–PACKARD COMPANY,
Hewlett–Packard Boise Printing Division, and Hewlett–Packard Imaging Operation, Defendants–Appellees.

Insight Development Company,
Plaintiff–Appellee,

v.

Hewlett–Packard Company,
Defendant–Appellant,

and

Hewlett–Packard Boise Printer Division and Hewlett–Packard Imaging Operation, Defendants–Appellees.

Nos. 01–1459, 01–1548.

United States Court of Appeals,
Federal Circuit.

Feb. 15, 2002.

GAJARSA, Circuit Judge.

*ORDER*

Upon consideration of Hewlett–Packard Company's motion to voluntarily dismiss its appeal 01–1548 and Insight Development Corporation's motion for a 14–day extension of time to file its reply brief,

IT IS ORDERED THAT:

(1) Hewlett–Packard's motion is granted.

(2) Each side shall bear its own costs with respect to 01–1548.

(3) The revised official caption for 01–1459 is reflected above.

(4) Insight's motion is granted. Its brief is due February 25, 2002.